# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1426**
**CA 14-01934**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

---

JOSEPH F. BORRELLI, PLAINTIFF-APPELLANT,

V                                                          ORDER

CHRISTINA BORRELLI, DEFENDANT-RESPONDENT.

---

CHARLES W. ROGERS, ROCHESTER, FOR PLAINTIFF-APPELLANT.

NIGOS KARATAS, ROCHESTER, FOR DEFENDANT-RESPONDENT.

-----------------------------------------------------------------------------------------------

     Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 3, 2014.  The order denied plaintiff's motion seeking to reopen the proof in this divorce action.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  December 23, 2015                    Frances E. Cafarell
                                               Clerk of the Court